**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| WASEEM DAKER, # 277371, Plaintiff, v. JOHN ROBINSON et al., Defendants. | : : : : : : : : | PRISONER CIVIL RIGHTS 42 U.S.C. § 1983 CIVIL ACTION NO. 1:12-CV-118-RWS-ECS |
| WASEEM DAKER, # 277371, Plaintiff, v. JOHN MARK DAWES et al., Defendants. | : : : : : : : : : | PRISONER CIVIL RIGHTS 42 U.S.C. § 1983 CIVIL ACTION NO. 1:12-CV-119-RWS-ECS |

**FINAL REPORT AND RECOMMENDATION**

Waseem Daker is currently being tried in Cobb County Superior Court for malice murder and related crimes. Pending the outcome of that trial, he remains incarcerated in the Cobb County Detention Center. During his present and prior periods of incarceration, Daker has filed more than thirty civil actions in this Court, including ten federal habeas corpus petitions in the past two years. See Appendix A.

The two cases listed in the caption were opened when Daker filed new complaints under 42 U.S.C. § 1983. By Order dated February 9, 2012, the undersigned denied Daker permission to proceed in forma pauperis in these cases and ordered him to pay

within thirty days the $350 filing fee for each case. [See 1:12-CV-118 Doc. No. 3; 1:12-CV-119 Doc. No. 3]. The undersigned expressly cautioned Daker that failure to do so might result in the dismissal of both complaints pursuant to Local Rule 41.3A(2). [Id.].

As of September 25, 2012, Daker had not paid the filing fees. Because Daker has now disobeyed this Court's lawful order requiring him to pay the $350 filing fee in each of these cases, the undersigned **RECOMMENDS** that Daker's complaints [1:12-CV-118 Doc. No. 1; 1:12-CV-119 Doc. No. 1] be **DISMISSED WITHOUT PREJUDICE**. See LR 41.3A(2), NDGa.

The Clerk is **DIRECTED** to terminate the referral of thes cases to the undersigned.

**SO RECOMMENDED and DIRECTED**, this 25th day of September, 2012.

*s/ E. Clayton Scofield III*
E. CLAYTON SCOFIELD III
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)

**APPENDIX A**
(§ 2241 petitions filed from February 25, 2010 to present)

Daker v. Warren, No. 1:10-CV-552-RWS (closed)

Daker v. United States, No. 1:10-CV-1585-RWS (closed)

Daker v. Warren, No. 1:10-CV-3815-RWS (closed)

Daker v. Warren, No. 1:11-CV-764-RWS (closed)

Daker v. Warren, No. 1:11-CV-1401-RWS (closed)

Daker v. United States, No. 1:11-CV-1710-RWS (closed)

Daker v. Warren, No. 1:11-CV-1711-RWS

Daker v. Warren, No. 1:11-CV-3580-RWS

Daker v. Warren, No. 1:12-CV-1291-RWS (closed)

Daker v. Unnamed Defendant, No. 1:12-CV-1319-RWS

AO 72A
(Rev.8/82)